# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 20-1035 JFW (MRW) | | Date | February 10, 2020 |
|---|---|---|---|---|
| Title | Maxwell v. Berryhill | | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**      ORDER TO SHOW CAUSE RE: DISMISSAL

1.      This is a <u>pro se</u> appeal from a decision of the Social Security Administration. The Court takes notice of a previous action that Mr. Maxwell filed regarding his status with SSA. <u>Maxwell v. Berryhill</u>, No. CV 17-6430 JFW (MRW) (C.D. Cal.).

2.      According to the attachments to the complaint, the current, 2020 action appears to seek judicial review of the same disability benefits application as in the 2017 action. The agency <u>granted</u> benefits on that application. (Docket # 1 at 16.)

3.      Even so, Plaintiff's complaint contends that he is entitled to federal court review of the <u>denial</u> of benefits.[1] (Docket # 1 at 4.) As such – and as noted when the previous action was dismissed – there does not appear to be a basis for this Court to review the matter.

4.      A second patent defect with the complaint: it's untimely. Plaintiff disclosed that he received his (favorable) final adjudication from the agency no later than October 2018. (Docket # 1 at 4.) However, he waited until January 2020 to file the present complaint. That's far longer than the 60-day period by which the statute allows for a claimant to seek federal court review. 42 U.S.C. § 405(g).

5.      Mr. Maxwell's action appears to be frivolous and subject to immediate dismissal. In the interests of justice, the Court will give this unrepresented litigant an opportunity to explain why this matter should not summarily be dismissed for failing to

---

[1]      To the extent that Plaintiff has a dispute with the agency about alleged overpayment of benefits (Docket # 1 at 2), that claim appears to be neither exhausted within the agency nor appropriate for federal judicial review.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-1035 JFW (MRW) | Date | February 10, 2020 |
|---|---|---|---|
| Title | Maxwell v. Berryhill | | |

state a claim and as untimely as a matter of federal law.  Plaintiff is ordered to show cause by submitting a statement (not to exceed five pages) by February 28.

* * *

6.      The Court's previously-issued procedural order is VACATED.  (Docket # 5.) Plaintiff's request for the Marshals Service to serve the complaint is DENIED pending review of the OSC response.  (Docket # 6.)